UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

MONTERIAN DOTSON                                                                                          PLAINTIFF

V.                                                                            CAUSE NO.  2:23-cv-4-TBM-RPM

JOHN DOE LAW ENFORCEMENT OFFICER                                                     DEFENDANT

COMPLAINT

COMES NOW, the Plaintiff, Monterian Dotson, and files this Complaint against John Doe Law Enforcement Officer and would show unto the Court the following:

1. The Plaintiff is a resident of Laurel, MS in Jones County.

2. The Plaintiff was in the Lowe's Home Improvement Center parking lot at 1490 Highway 15 North, Laurel, MS 39440 on New Year's Day, January 1, 2023 around 4:30 p.m.

3. The Defendant announced himself as the Sheriff of Jones County to the Plaintiff.

4. The Defendant was not in uniform at the time of the incident at issue, but the Defendant instructed the Plaintiff to walk towards him.

5. The Defendant then grabbed the Plaintiff and illegally confined and/or detained the Plaintiff, not allowing the Plaintiff to move freely.

6. The Defendant, who is substantially larger than the Plaintiff, then battered the Plaintiff, throwing him repeatedly on and against a truck that belonged to someone not known to the Plaintiff.

7. The female companion of the Defendant, who the Plaintiff believes upon information is the wife of the Defendant, purportedly filmed the incident on her phone's camera and was yelling at the Plaintiff.

8. The Plaintiff has suffered injuries from the battery at the hands of the Defendant, and the total amount of damages is not yet determined as the injuries are being treated and their extent and scope are not known at this time.

9. The Plaintiff has suffered damages in the form of physical injuries, including but limited to his hand, back neck, chest, and head as a result of the battery committed by the Defendant.

10. The Plaintiff has suffered damages in the form of emotional and psychological injuries as a result of the physical battery and incident in general.

11. At all times, the Plaintiff acted without aggression to the Defendant and was not in violation of any local or state law at the time of the incident.

12. The Defendant used his authority as a law enforcement officer to belittle, abuse, harass, and eventually batter the Plaintiff. This is despite the fact that the Defendant was not within the appropriate jurisdiction to act as a law enforcement officer at the scene of the incident, and no law enforcement agency had been called to the scene by Lowe's, any patron of Lowe's, or any other person at the time the incident that is the subject of this complaint began.

13. There was no ongoing criminal investigation or other disturbance at the location of the incident when the incident that is the subject of this complaint began.

14. There was no legitimate legal basis for the Defendant's actions as described in this complaint.

15. The Plaintiff's civil rights were violated by the Defendant under the Constitution of the United States of America, the Constitution of the State of Mississippi, and 42 U.S Code § 1983.

16. The Plaintiff fears retaliation by the Defendant against the Plaintiff for filing this complaint.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays to this Court to enter an order directing the Defendant to pay the Plaintiff an amount not to exceed the jurisdictional limits of this Court for the damages as described in this complaint, and the Plaintiff further prays to this Court to enter any and all other orders within the authority of this Court to which the Plaintiff is entitled in equity and law, including but not limited to the payment of punitive damages and attorney's fees.

Respectfully Submitted, January 9, 2023.

                    MONTERIAN DOTSON

By:       /s/*Matthew W. Lawrence*
           Matthew W. Lawrence MSB# 105958
           525 N. Main Street, Hattiesburg, MS 39401
           (408) 605-8473
           mattlawrencelawfirm@gmail.com