**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MONTERIAN DOTSON**                                                    **PLAINTIFF**

**V.**                                                    **CAUSE NO. 2:23-cv-00004-TBM-RPM**

**JOE BERLIN, THE SHERIFF**
**OF JONES COUNTY, MISSISSIPPI**                                        **DEFENDANT**

## AGREED ORDER OF DISMISSAL

PARTIES IN THIS CAUSE have made it known to the Court that they have resolved this matter. The Court, understanding that the Agreement, in part, operates as a full and final release of Plaintiff's claims, finds that the matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause is hereby dismissed with prejudice in accordance with the Parties' Agreement, with each party bearing their own costs.

SO ORDERED, THIS, the ___21st___ day of _____March_____, 2023.

_____
U. S. DISTRICT COURT JUDGE

AGREED AND APPROVED:

_____
MATTHEW W. LAWRENCE, ESQ. (MSB #105958)
Matthew Lawrence Law Firm
525 N. Main Street
Hattiesburg, MS 39401
408-605-8473 (Office)
mattlawrencelawfirm@gmail.com
        *Attorney for Plaintiff*

# /s/William R. Allen

WILLIAM R. ALLEN, ESQ. (MSB #100541)
LANCE W. MARTIN, ESQ. (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. (601) 833-4361
Fax (601) 833-6647
wallen@aabalegal.com
lmartin@aabalegal.com
        *Attorneys for Defendant*